TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME : _Las Americas 74-75, Inc._   CASE NUMBER : _15-01527_

CHAPTER : _11_

JUDGE : _EAG_

DATE OF MEETING: _4/6/2015_   TIME OF MEETING: _1:00 pm_

TRACK NUMBER : _01_   /   /   /

**METER READING**
START : _0:00_ (hr:min)   ___/___(hr:min)   ___/___(hr:min)   ___/___(hr:min)
END : _0:58_ (hr:min)   ___/___(hr:min)   ___/___(hr:min)   ___/___(hr:min)

1) DEBTOR:
   (✓) PRESENT _Omar Guzman_
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
   (✓) PRESENT
   ( ) NOT PRESENT

3) CREDITORS:
   (✓) PRESENT (See attachment)
   ( ) NOT PRESENT

4) TRUSTEE:
   ( ) HAS BEEN APPOINTED
      NAME OF TRUSTEE:_____
   (✓) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
   ( ) HAS BEEN APPOINTED
   (✓) HAS NOT BEEN APPOINTED

6) SCHEDULES:
   (✓) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
   (✓) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:
   ( ) HAS BEEN FILED
   (✓) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:
   (✓) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:
    (✓) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
    (✓) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST TWO YEARS:
    (✓) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) RENT ROLL:
    ( ) HAS BEEN FILED
    (✓) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
    (✓) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) MEETING:
    (✓) CLOSED
    ( ) CONTINUED TO:

    DATE:_____
    TIME:_____

- 2 -

**16) COMMENTS:**

    I.    Meeting held and closed pending the filing of the following amendments:

        a.    Schedule A – Debtor will amend to correct amount of secured claim.

        b.    Schedule D – Debtor will amend to correct total amount of secured claims on page 1.

        c.    Schedule F – Debtor will amend to include Mr. Porfirio Guzman as an unsecured creditor.

        d.    Statement of Financial Affairs – Debtor will amend Item 18.

    II.    Debtor is to file all of the above documents within 14 days.

**(Filed Electronically)**

    s/ Julio Guzmán-Carcache
    OFFICE OF THE UNITED STATES TRUSTEE    Date: April 6, 2015
    Julio Guzmán-Carcache, Esq.
    Trial Attorney
    Edificio Ochoa
    500 Tanca Street, Suite 301
    San Juan, Puerto Rico 00901-1922
    Tel.: (787) 729-7444 / Fax: (787) 729-7449
    Julio.Guzman@usdoj.gov

- 3 -

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Carmen P. Figueroa | CRIM | PO Box 195387 San Juan PR 00919 | 787-625-2746 x 2112 | 787-625-4073 |