FROM : LIC.VICENTE ORTIZ-COLON    PHONE NO.                    May. 02

EXHIBIT
4



EMPRESAS
FONALLEDAS

Torre Chardón
350 Chardón Ave. Suite 900
San Juan, PR 00918

PO Box 71450
San Juan, PR 00936-8550

Tels: (787) 474-7474
(787) 294-7474
Fax: (787) 474-7475
(787) 294-7475



RECIBIDO
-1 MAY 2003
BUFETE
V.O.C.

1 de mayo de 2003

Lcdo. Vicente Ortiz Colón
Avenida Muñoz Rivera #500
Condominio El Centro II
Oficina #227
Hato Rey, Puerto Rico 00918

Estimado licenciado Ortiz Colón:

El propósito de la presente es resumir las propuestas discutidas en la tarde del pasado martes sobre la posible futura adquisición de los dos solares donde ubica la tienda "A la Orden Discount" y el antiguo edificio de Westinghouse en la avenida Las Américas en Hato Rey.

Sus clientes, Don Porfirio Guzmán y Doña Maggie Benítez, solicitaron el resumen por escrito a fin de discutir los puntos con sus hijos.

A manera de recapitulación, relato a continuación los asuntos relevantes que a mi entender se trajeron a colación en dicha reunión:

- Empresas Fonalledas, Inc. (EFI) tiene un genuino interés en adquirir por un precio representativo de su valor en el mercado ambos solares. El precio se establecería contratando peritos tasadores con experiencia en este tipo de solar comercial. En caso de discrepancia las partes negociarían las diferencias que puedan surgir de las tasaciones.

- Con el propósito de simplificar la propuesta, EFI podría decidir comprar solo el solar conocido como Westinghouse, de aproximadamente 10,000 metros cuadrados, para agruparlo con el solar aledaño que hoy día contiene un negocio de jardinería y que pertenece a EFI. El precio de este solar también se establecería utilizando uno o dos peritos tasadores como antes señalamos y también en caso de no estar de acuerdo con tales tasaciones, las partes negociarían las discrepancias.

Lcdo. Vicente Ortiz Colón                    2                    1 de mayo de 2003

- EFI no tiene interés alguno en comprar el negocio de "A la Orden Discount" y entiende que de adquirir ambos solares, ambas partes tendrían que negociar también la reubicación del negocio a otro predio en las inmediaciones de Plaza las Américas.

- Aunque EFI reitera su interés en la adquisición de los solares antes mencionados, reconocemos que parte del solar perteneciente a EFI, y que colinda con los solares de "A la Orden Discount", será objeto de una expropiación forzosa por parte del Estado para la ampliación de la red vial de la PR-22 y PR-18. Dependiendo del resultado de esta expropiación, EFI podría estar en posición de vender el remanente del solar a los dueños de "A la Orden Discount", sujeto todo a un proceso de negociación futura.

Entiendo que lo anterior enmarca a manera de compendio las conversaciones entre las partes, aunque éstas no constituyen ningún tipo de obligación entre ellas que no sea la buena voluntad de continuar explorando las posibilidades de implantar todas o algunas de las distintas posibilidades de negocio, una vez sus hijos les ofrezcan su parecer.

Quedamos, pues, en espera de su comunicación una vez los miembros de la familia Guzmán-Benítez hayan tenido la oportunidad de discutir este asunto.

Atentamente,

Marcos Rodríguez-Ema