EXHIBIT 5

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR SAN JUAN

| | |
|---|---|
| ALD ACQUISITION, LLC., antes ORIENTAL BANK AND TRUST<br><br>Demandante,<br><br>v.<br><br>PORFIRIO GUZMÁN ROBLES Y OTROS,<br><br>Demandados. | CIVIL NÚM.: KDC-2010-3910 (803)<br><br>SOBRE: COBRO DE DINERO Y EJECUCIÓN DE HIPOTECA |

## DECLARACIÓN JURADA

Yo, Gilberto del Valle López, mayor de edad, casado, ejecutivo y vecino de Guaynabo, Puerto Rico, bajo juramento **DECLARO**:

1. Mi nombre y demás circunstancias personales son las antes indicadas.

2. Soy el Tesorero de la parte demandante, ALD ACQUISITION, LLC., en adelante ALD.

3. Se me ha solicitado que certifique el balance de cancelación de la deuda que tiene la parte demandada, Porfirio Guzmán Robles, su esposa María Magdalena Benítez Rodríguez, El Piex Puertorriqueño, Inc. y Las Américas 74-75, Inc., al 31 de mayo de 2013, con ALD.

4. En cumplimiento con la Orden de 2 de mayo de 2013, certifico que el balance de cancelación de los pagarés existentes emitidos por la parte demandada objeto del caso de epígrafe y conforme a los cuales se gravan las fincas A y B que se describieron en la moción que radicara la parte demandada, asciende a la suma de $12,757,000.66 al 31 de mayo de 2013.

5. Certifico que, a mi mejor saber y entender, la cantidad antes indicada es el balance de cancelación de la deuda que tiene la parte demandada con ALD bajo los pagarés

garantizados por las hipotecas que gravan las parcelas A y B mencionadas al 31 de mayo de 2013.

**Y PARA QUE ASÍ CONSTE,** juro y suscribo la presente en San Juan, Puerto Rico, hoy, 3 de junio de 2013.

_____
GILBERTO DEL VALLE

**AFIDAVIT NÚMERO:** 5206

JURADO Y SUSCRITO ante mí por Gilberto del Valle López, de las circunstancias personales antes expresadas, a quien DOY FE de conocer personalmente.

En San Juan, Puerto Rico, hoy 3 de junio de 2013.





AFFIDAVIT 5206