ALD Acquisition, LLC
Desglose de las Notas a Cobrar

Oriental

| Descripción | Cantidad |
|---|---|
| Principal | $ 500,000.00 |
| Escrow Fee | 1,000.00 |
| Principal, Intereses y otros cargos | 9,261,073.95 |
| Endoso Póliza | 2,191.00 |
| Servicios Profesionales | 14,849.45 |
| Servicios Profesionales | 807.50 |
| Subtotal | 9,779,921.90 |
| Intereses acumulados desde la fecha de adquisición hasta 10/31/13 | 1,429,072.92 |
| Cargos por demora | 926,852.66 |
| Honorarios | 912,150.00 |
| Subtotal | 13,047,997.48 |
| Penalidad por prepago | 260,159.92 |
| Balance Total | $ 13,308,157.41 |

H:\ALD Acquisition LLC\[Detalle Notas por cobrar 3-31-13.xlsx]Version 10-31-13 Oriental Only
11/5/2013 12:31